UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FRED NEKOUEE,

     Plaintiff,

     v.

BUFORD-CLAIRMONT COMPANY,
LTD., a Georgia Limited Partnership,

     Defendant.

CIVIL ACTION NO.
1:19-CV-343-JPB

## JUDGMENT

This action having come before the Court, the Honorable J. P. Boulee, United States District Judge, on Defendant Buford-Clairmont Company, LTD.'s Motion for Summary Judgment and the Court having **GRANTED** said motion on October 21, 2021, it is,

**Ordered and Adjudged** that Plaintiff take nothing, that Defendant recover its costs of this action, and the action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** this 21st day of October, 2021.

     Kevin P. Weimer
     CLERK OF COURT

By:   s/B. Walker_____
       Deputy Clerk

Prepared & Filed in the Clerk's Office
October 21, 2021
Kevin P. Weimer
Clerk of Court
By: s/B. Walker_____
   Deputy Clerk